IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON A. STANTON,

      Appellant,

v.

Case No.  5D22-1797
LT Case No.  2021-CF-000712

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 3, 2023

Appeal from the Circuit Court
for Hernando County.
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and L. Charlene Matthews, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, WALLIS and HARRIS, JJ., concur.